UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

CLIFF C.                                                       PLAINTIFF

v.                                      CIVIL ACTION NO. 4:22-CV-61-CRS

KILOLO KIJAKAZI, Acting Commissioner
of Social Security                                         DEFENDANT

**ORDER**

The Magistrate Judge has filed his report, and no objections thereto have been filed. Therefore, the Magistrate Judge's Findings of Fact, Conclusions of Law, and Recommendation (DN 25) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate Judgment will be entered this date affirming the denial of disability insurance benefits to this plaintiff.

**IT IS SO ORDERED.**

August 1, 2023

Charles R. Simpson III, Senior Judge
United States District Court